Arnold L. Graff (SBN 269170)
agraff@piteduncan.com
Joseph C. Delmotte (SBN 259460)
jcdelmotte@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for Movant
Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KELLY HARRIS KIMBLE AND LISA MARIE KIMBLE AKA LISA MARIE CUTHBERTSON-KIMBLE,<br><br>Debtors. | Case No. 13-43537-WJL<br><br>Chapter 13<br><br>R.S. No.      ALG - 014<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**PROPERTY**:<br>333 Mendocino Way<br>Discovery Bay, CA 94514<br><br>**Hearing**:<br>Date:      June 4, 2014<br>Time:      9:30 a.m.<br>Ctrm:      220 |

Wells Fargo Bank, N.A. ("Movant or Creditor")[1] will and hereby does move, pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for an order terminating the automatic stay of 11 U.S.C. § 362(a) as it applies to Movant and the real property located at 333 Mendocino Way, Discovery Bay, CA 94514 ("Property").

/./././

/./././

1   Debtors executed a promissory note (the "Debt Agreement") secured by a mortgage or deed of trust. The Debt Agreement is made payable to Creditor or its successor. Creditor, or its successor, has possession of the Debt Agreement. Creditor, or its successor, is the original mortgagee or beneficiary of the mortgage or deed of trust.

This Motion is based on the Notice of Motion for Relief from Automatic Stay, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay, and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

PITE DUNCAN, LLP

Dated: May 15, 2014         /s/ _____
                            ARNOLD L. GRAFF
                            Attorneys for Movant Wells Fargo Bank, N.A.