Arnold L. Graff (SBN 269170)
agraff@piteduncan.com
Parada K. Ornelas (SBN 272724)
pkornelas@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorney for Movant
Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

In re

KELLY HARRIS KIMBLE AND LISA MARIE KIMBLE AKA LISA MARIE CUTHBERTSON-KIMBLE,

Debtors.

Case No. 13-43537-WJL

Chapter 13

R.S. No. ALG-014

**DECLARATION OF Rayquel Wescott IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

<u>PROPERTY</u>:
333 Mendocino Way, Discovery Bay, CA 94514

<u>Hearing</u>:
Date: JUNE 4, 2014
Time: 9:30 AM
Ctrm: 220

I, Rayquel Wescott, declare under penalty of perjury as follows:

1. I am a/an VP Loan Documentation of Wells Fargo Bank, N.A. ("Wells Fargo") and am authorized to sign this declaration on behalf of Wells Fargo. This declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. As part of my job responsibilities for Wells Fargo, I have personal knowledge of and am familiar with the types of records maintained by Wells Fargo in connection with the account that is the subject of the Motion (the "Account") and the procedures for creating those

-1-

CASE NO. 13-43537-WJL

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

types of records. I have access to and have reviewed the books, records and files of Wells Fargo that pertain to the Account and extensions of credit given to the Debtors concerning the property securing such Account.

3. The information in this declaration is taken from Wells Fargo's business records regarding the Account. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; and (b) kept in the course of Wells Fargo's regularly conducted business activities. It is the regular practice of Wells Fargo to create and maintain such records.

4. The Debtors have executed and delivered or are otherwise obligated with respect to the attached promissory note (the "Debt Agreement"). Debtors executed a promissory note (the "Debt Agreement") secured by a mortgage or deed of trust. The Debt Agreement is made payable to Creditor or its successor. Creditor, or its successor, has possession of the Debt Agreement. Creditor, or its successor, is the original mortgagee or beneficiary of the mortgage or deed of trust. Pursuant to the attached Deed of Trust (the "Deed of Trust"), all obligations of the Debtors under and with respect to the Debt Agreement and the Deed of Trust are secured by the property referenced in the Motion. On or about December 31, 2007, World Savings Bank, FSB's charter and bylaws were amended to change its name to Wachovia Mortgage, FSB ("Wachovia"). On or about November 1, 2009, Wachovia converted to a national bank with the name Wells Fargo Bank Southwest National Association ("WFBSW"). On the same date, WFBSW merged with and into Movant.

5. As of March 31, 2014, there are one or more defaults in paying post-petition amounts due with respect to the Debt Agreement.

6. As of March 31, 2014, the unpaid principal balance of the Debt Agreement is $464,187.33.

7. The following chart sets forth those post-petition payments, due pursuant to the terms of the Debt Agreement, that have been missed by the Debtors as of March 31, 2014:

1  /./.

2  /./.

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 9 | 7/15/2013 | 3/15/2014 | $2,490.76 | $618.78 | $3,109.54 | $27,985.86 |
| Less post-petition partial payments (suspense balance): | | | | | | ($ 0.00) |

**Total: $27,985.86**

8. As of March 31, 2014, the total post-petition arrearage/delinquency and amount necessary to cure the post-petition default alleged in the Motion is $27,985.86, consisting of (i) the foregoing total of missed post-petition payments in the amount of $27,985.86, plus (ii) the following post-petition fees:[1]

| Description | Amount |
|---|---|
| N/A | N/A |

9. The following documents are attached as exhibits and incorporated herein by reference:

(a) Attached hereto as Exhibit A is a true and correct copy of the Debt Agreement

(b) Attached hereto as Exhibit B is a true and correct copy of the Deed of Trust

(c) Attached hereto as Exhibit C and D are true and correct copies of the Merger Documents

(d) Attached hereto as Exhibit E is a complete post-petition payment history

(e) Attached hereto as Exhibit F is an addendum listing all fees and charges assessed to the account of the Debtors post-petition

---

[1] The total of missed post-petition payments for this impounded loan include any missed escrow payments. Such missed escrow payments include amounts assessed for taxes and insurance and any previously assessed escrow shortage amount (if applicable). To avoid duplication, post-petition advances (if any) made for insurance, real estate taxes, or similar charges are not listed separately to the extent such advances would have been paid from the missed escrow payments. As part of the next annual RESPA analysis, Wells Fargo will determine whether the escrow payments assessed to the debtor (including the missed escrow payments) result in a projected escrow shortage or overage. All rights are hereby reserved to assert or request any escrow amounts in accordance with RESPA and the total post-petition arrearage/delinquency is qualified accordingly.

/././

/././

    (f)    Attached hereto as Exhibit <u>G</u> is an addendum listing all post-petition taxes and insurance advances

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of April, 2014 at, Raleigh, North Carolina.

Name: *Rayquel Wescott* (signature)

Title: VP Loan Documentation