Arnold L. Graff (SBN 269170)
agraff@piteduncan.com
Joseph C. Delmotte (SBN 259460)
jcdelmotte@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant,
Wells Fargo Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KELLY HARRIS KIMBLE AND LISA MARIE KIMBLE,<br><br><br><br><br><br><br><br>Debtors. | Case No. 13-43537-WJL<br><br>Chapter 13<br><br>R.S. No.      ALG - 014<br><br>**STIPULATION GRANTING ADEQUATE PROTECTION (HAMP GUIDELINES)**<br><br>**Hearing**:<br>Date:       June 25, 2014<br>Time:       9:30 a.m.<br>Ctrm:       220<br><br>United States Bankruptcy Court<br>Northern District of California –<br>Oakland Division<br>1300 Clay Street<br>Oakland, CA 94612 |

This Stipulation is entered into by and between the Secured Creditor, Wells Fargo Bank, N.A. (hereinafter "Movant"), and Kelly Harris Kimble and Lisa Marie Kimble (hereinafter "Debtors") by and through their respective attorneys of record.

The property which is the subject of this matter is commonly known as 333 Mendocino Way, Discovery Bay, CA 94514, which is more fully described as follows:

> SEE LEGAL DESCRIPTION IN DEED OF TRUST ATTACHED AS EXHIBIT B TO MOTION FOR RELIEF FROM STAY, DOCKET ENTRY NUMBER 28.

THE PARTIES STIPULATE AS FOLLOWS:

1. Debtors shall tender payments in the amount of $1,860.00 (as ordered by the court pursuant to Home Affordable Modification Program guidelines) commencing June 1, 2014, and continuing thereafter on the first (1st) of each month. Payments are to be remitted to:

> Wells Fargo Home Mortgage, Inc.
> 1 Home Campus
> MAC# X2302-04C
> Des Moines, IA 50328

2. The payment amount listed in paragraph 1 herein may be less than the contractual payment amount pursuant to the terms of the Note and Deed of Trust. Post-petition arrearages may continue to accrue pursuant to the terms of the Note and Deed of Trust and under applicable bankruptcy law.

3. Debtors shall maintain real property taxes and real property hazard insurance paid current for the Real Property, and provide proof of said insurance on a timely basis.

4. In the event of a default on paragraphs 1 or 3 of above-described provisions, inclusive of this Order, Movant shall provide written notice to Debtors at Kelly Harris Kimble and Lisa Marie Kimble at 333 Mendocino Way, Discovery Bay, CA 94514 and to Debtor's attorney of record, Joan M. Grimes, Laws Offices of Joan M. Grimes, 1600 S. Main Street, Suite 100, Walnut Creek, CA 94596, indicating the nature of the default. If Debtors fails to cure the default with certified funds after the passage of ten (10) calendar days from the date said written notice is placed in the mail, Movant may restore its Motion to the court's calendar upon 14 days notice.

5. If Debtors have not submitted a complete loan modification package, Debtors and Debtors' counsel must do the following:

   a. If represented by counsel, attorney for Debtors must send Movant written authorization allowing Movant and Debtor(s) to directly communicate for the sole purpose of discussing the possible loan modification. Written authorization must be faxed to **1 (800) 313-0892**.

/././

Case: 13-43537    Doc# 31    Filed: 06/24/14    Entered: 06/24/14 10:35:57    Page 2 of 4

b. Once written authorization is provided to Movant, Debtors must call **1 (866) 259-7728** to initiate the loan modification process.

6. Debtors shall submit a completed application and provide all requested information and documentation in support of the loan modification no later than sixty (60) days from the entry of this order.

7. Debtors shall file a declaration with the court confirming the complete loan modification application has been submitted no later than sixty (60) days from the entry of this order.

8. In the event of a default on paragraphs 5, 6 or 7 above, inclusive of this Order, Movant may restore its Motion upon 14 days notice. Movant shall file a Declaration of Non-Compliance attesting to Debtors' failure to timely provide required documents, or to the denial of Debtors' loan modification application.

9. The acceptance by Movant of a late or partial payment shall not act as a waiver of Movant's right to proceed hereunder and/or its right to the complete contractual payment as determined by the terms of the Note and Deed of Trust.

10. In the event Movant is granted relief from the automatic stay, the parties hereby stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

11. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Real Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

12. In the event this case is converted to a Chapter 7 proceeding, the automatic stay shall be terminated without further notice, order, or proceedings of the court. If the automatic stay is terminated as a matter of law, the terms of this Order shall immediately cease in effect and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtor.

/ / /

Case: 13-43537    Doc# 31    Filed: 06/24/14    Entered: 06/24/14 10:35:57    Page 3 of 4

13. Relief from the Automatic Stay is granted as to the Chapter 13 Trustee, Martha G. Bronitsky.

14. Any notice that Movant shall give to Debtors or attorney for Debtors, pursuant to this Order, shall not be construed as a communication under the Fair Debt Collection Practices Act, 15 U.S.C. §1692.

14. Either party may restore matter to calendar on fourteen (14) days notice.

IT IS SO STIPULATED:

DATED: 6/23/2014

PITE DUNCAN, LLP

/s/
ARNOLD L. GRAFF
Attorneys for Movant

DATED: 6/11/14

Joan M. Grimes
Attorneys for Debtors

Lisa Kimble 6/9/14
Kelly Kimble 6/9/14

- 4 -

CASE NO. 13-43537-WJL
STIPULATION GRANTING MOTION FOR RELIEF FROM
AUTOMATIC STAY (HAMP GUIDELINES)